**U.S. Department of Justice**

*Criminal Division*
*Fraud Section*

*970 Broad Street, 7th floor* *973-645-2700*
*Newark, New Jersey 07102*

December 10, 2025

**VIA ECF & ELECTRONIC MAIL**

Honorable Edward S. Kiel
U.S. District Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

**Re: *United States v. Lester Stockett*, Crim. No. 19-246 (ESK) – Request to Adjourn Sentencing**

Dear Judge Kiel:

This case is currently scheduled for sentencing on December 11, 2025. We write to request that sentencing be continued for approximately six months.

Respectfully submitted,

LORINDA LARYEA
Acting Chief, Fraud Section

By: *__/s/Darren C. Halverson__*
Darren C. Halverson
Acting Assistant Chief
U.S. Department of Justice
Fraud Section, Criminal Division

CC: Matthew Adams, Esq. (VIA ECF)
Marissa Koblitz Kingman (VIA ECF)